In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00429-CR
_____

SILENA LASHUNDRAN GARDNER, Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 14-18813**

**MEMORANDUM OPINION**

On October 2, 2014, we notified the parties that our jurisdiction was not apparent from the notice of appeal and that the appeal would be dismissed for want of jurisdiction unless we received a response showing grounds for continuing the appeal. Gardner filed a response, but failed to establish this Court's jurisdiction.

The notice of appeal seeks to appeal the trial court's order continuing Gardner's community supervision and imposing additional conditions. The trial court's order is not appealable. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim.

1

App. 1977) (Appellate court lacks jurisdiction on direct appeal from an order modifying the terms and conditions of probation.); *see also Christopher v. State*, 7 S.W.3d 224, 225 (Tex. App.—Houston [1st Dist.] 1999, pet. ref'd). Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on October 28, 2014
Opinion Delivered October 29, 2014
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.